# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

BRANDEN L. MOLLETT

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **3:18-mj-0001 CMK**

**THE DEFENDANT:**

[X] pleaded guilty to count(s): 1, 2, 3 and 4 .
[] pleaded nolo contendere to counts(s) __ which was accepted by the court.
[] was found guilty on count(s) __ after a plea of not guilty.
[] count(s) __ dismissed.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
| --- | --- | --- | --- |
| 50 CFR 27.82(b) | Possess a Controlled Substance | 10/19/2017 | 1 |
| 50 CFR 27.31(g) | Drive with Suspended License | 10/19/2017 | 2 |
| 50 CFR 27.31(a) | Unlawful Display of Registration | 10/19/2017 | 3 |
| 50 CFR 27.31(f) | Operate Unregistered Vehicle | 10/19/2017 | 4 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

07/10/2018
Date of Imposition of Judgment

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

07/10/2018
Date

# IMPRISONMENT

The defendant is hereby remanded to the custody of the U.S. Marshal to be imprisoned for a total term of: FIVE (5) DAYS.